## Commonwealth v. Blount, Appellant.

706

Submitted September 8, 1969. *Daniel E. Farmer,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.